# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| LEONARD MULLNAX, | : | |
| Petitioner, | : | Civ. No. 22-6656 (RBK) |
| v. | : | |
| WARDEN STEVIE M. KNIGHT, *et al.*, | : | **MEMORANDUM & ORDER** |
| Respondents. | : | |

Petitioner is a federal prisoner currently incarcerated at F.C.I. Fort Dix, in Fort Dix, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent opposes Petitioner's habeas petition. (*See* ECF 6). Presently pending before this Court is Petitioner's motion for records and for an extension of time to file a reply brief. (*See* ECF 7). Respondent has now provided the record (case opinion) that Petitioner seeks in his motion (*see* ECF 7), accordingly, that portion of Petitioner's motion is denied as no longer necessary. Good cause appearing, this Court though will grant Petitioner's motion to the extent it also seeks an extension of time to file a reply brief.

Accordingly, on this 3rd day of April 2023,

IT IS ORDERED that Petitioner's motion for records and for an extension of time to file a reply brief (ECF 7) is granted to the extent it seeks an extension of time to file a reply brief; the remaining portion of Petitioner's motion seeking a record is denied as no longer necessary; and

IT IS FURTHER ORDERED that Petitioner may file his reply brief in support of his habeas petition on or before May 3, 2023; and

IT IS FURTHER ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge